# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTWON MAURICE BAYARD,

    *Petitioner*,

vs.

NEVADA, STATE OF, *et al.,*

    *Respondents*.

3:15-cv-00102-RCJ-WGC

ORDER

    Petitioner has submitted a *pro se* form petition for writ of habeas corpus by a person attacking a state detainer (ECF #1-1). However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

    Moreover, petitioner apparently seeks to challenge the dismissal with prejudice of a civil rights action that he filed in this court, case no. 3:14-cv-00446-MMD-WGC. *See* ECF #1-1, pp. 12, 14-15. The court dismissed the earlier case–in which petitioner sought a writ of execution in the sum of 700 billion dollars against the Director of the Nevada Department of Corrections–with prejudice as clearly frivolous. 3:14-cv-00446-MMD-VPC, ECF #s 17, 23.

    Thus, the present action will be dismissed with prejudice for failure to file an application to proceed *in forma pauperis* or pay the filing fee and as clearly frivolous.

-2-

      **IT THEREFORE IS ORDERED** that this action is **DISMISSED with prejudice** as improperly commenced and clearly frivolous.

      **IT FURTHER IS ORDERED** that the Clerk of Court shall **ENTER JUDGMENT** accordingly and close this case.

Dated: This 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE